1  JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12  IRMAN MUHAMMAD BASHIR and        )     No. C 08-1270 PVT
    ERUM NAZ,                        )
13                                   )
             Plaintiffs              )
14                                   )
       v.                            )
15                                   )
    MICHAEL B. MUKASEY, Attorney     )     JOINT MOTION TO EXTEND TIME TO
16  General of the United States; MICHAEL )  ANSWER; ~~PROPOSED~~ ORDER
    CHERTOFF, Secretary of the U.S.  )
17  Department of Homeland Security; )
    EMILIO T. GONZALES, Director of  )
18  U.S. Citizenship and Immigration Services; )
    DAVID L. ROARK, Director of the Texas )
19  Service Center, U.S. Citizenship and )
    Immigration Services; ROBERT S.  )
20  MUELLER, III, Director of the Federal )
    Bureau of Investigation,         )
21                                   )
             Defendants.             )
22  _____)

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

JOINT MOTION TO EXTEND
C08-1270 PVT                              1

On March 4, 2008, Plaintiff filed the above captioned action. The United States Attorney's Office was served on March 6, 2008. It now appears that this case may be resolved administratively within the next 60 days. Accordingly, the parties hereby jointly move, pursuant to approval of the Court, to modify the scheduling order as follows:

| | |
|---|---|
| Defendants' Answer: | July 7, 2008 |
| ADR Certification: | July 8, 2008 |
| Case Management Statement: | July 22, 2008 |
| Case Management Conference: | July 29, 2008, at 2:00 p.m. |

Dated: May 2, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorney for Defendants

Dated: May 2, 2008

/s/
CUONG T. BUI
Attorney for Plaintiffs

### ~~PROPOSED~~ ORDER

Pursuant to the parties' agreement, IT IS SO ORDERED.

Dated: 5/5/08

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.